**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS L. LASKA,<br><br>               Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>               Defendant. | Case No. 2:13-cv-00800-APG-PAL<br><br>**ORDER**<br><br>(Mtn to Serve - Dkt. #9) |

       This matter is before the court on Plaintiff Thomas L. Laska's Motion to Serve Party with Summons and Complaint (Dkt. #9) filed July 16, 2013. The court has considered the Motion.

       Plaintiff is proceeding in this action in forma pauperis. On June 4, 2013, the court entered an Order (Dkt. #2) screening Plaintiff's Complaint (Dkt. #3) pursuant to 28 U.S.C. § 1915 and directing the Clerk of Court to serve the Complaint pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. Specifically, the Screening Order directed the Clerk of the Court to issue summons for and serve process upon the Office of Regional Chief Counsel for Region IX of the Social Security Administration ("SSA") in San Francisco, California; and the Attorney General in Washington, D.C. *See* Order (Dkt. #2). The Clerk issued Summons (Dkt. #4) and mailed them with the Complaint to the Office of General Counsel and the Attorney General by certified mail as directed in the Screening Order. *See* Certified Mail Receipts (Dkt. #5). The docket reflects that service is complete on the Office of Regional Chief Counsel and the U.S. Attorney General. *See* Summons Returned Executed (Dkt. ##6, 8).

       Additionally, the Screening Order directed the Clerk of Court to issue summons to the United States Attorney for the District of Nevada and deliver the summons to the U.S. Marshal for service. The Clerk issued Summons (Dkt. #4), but the docket does not reflect that it was delivered with the

Complaint to the U.S. Marshal for service or that the U.S. Marshal has effected service of process on the United States Attorney.  The Motion represents that Plaintiff has not received confirmation of service on the U.S. Attorney for the District of Nevada and seeks an order directing the Clerk re-serve him.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Plaintiff's Motion to Serve Party with Summons and Complaint (Dkt. #9) is GRANTED.
2. The Clerk of the Court shall reissue summons and shall delivering a copy of the summons and Complaint (Dkt. #3) to the U.S. Marshal for service.

Dated this 19th day of July, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE